United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 17-16653-amc
Milton Waverly Jefferson                                            Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: admin           Page 1 of 1           Date Rcvd: Jan 12, 2018
                              Form ID: 318          Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 14, 2018.
```
db              +Milton Waverly Jefferson,    205 12th Street,    Upland, PA 19015-3021
13991522        +Discover Bank,    502 E Market St,    Greenwood, DE 19950-9700
13991524        +Franklin Mint Fcu Il,    5 Hillman Dr Ste 100,    Chadds Ford, PA 19317-9752
13991526         Solar City/Ancon Solar Lessee II, LLC,    PO Box 741072,    Los Angeles, CA 90074-1072
13991530         Wf Crd Svc,   Cscl Dispute Team N8235-04m,    Des Moines, IA 50306
13991531        +Zwicker & Associates,    3220 Tillman Drive, Suite 215,    Bensalem, PA 19020-2028
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
tr               EDI: BTPDERSHAW.COM Jan 13 2018 01:43:00      TERRY P. DERSHAW,    Dershaw Law Offices,
                  P.O. Box 556,    Warminster, PA  18974-0632
smg              E-mail/Text: bankruptcy@phila.gov Jan 13 2018 01:54:32       City of Philadelphia,
                  City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                  Philadelphia, PA 19102-1595
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 13 2018 01:53:30       Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                  Harrisburg, PA  17128-0946
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jan 13 2018 01:54:14       U.S. Attorney Office,
                  c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13991520         EDI: CAPITALONE.COM Jan 13 2018 01:43:00      Capital One,    15000 Capital One Dr,
                  Richmond, VA 23238
13991521        +EDI: CHASE.COM Jan 13 2018 01:43:00      Chase Card,    Po Box 15298,    Wilmington, DE 19850-5298
13991523        +EDI: DISCOVER.COM Jan 13 2018 01:43:00      Discover Fin Svcs Llc,    Po Box 15316,
                  Wilmington, DE 19850-5316
13992653        +EDI: PRA.COM Jan 13 2018 01:43:00      PRA Receivables Management, LLC,    PO Box 41021,
                  Norfolk, VA 23541-1021
13991525        +E-mail/Text: bankruptcyteam@quickenloans.com Jan 13 2018 01:54:10       Quicken Loans,
                  1050 Woodward Ave,    Detroit, MI 48226-1906
13991527        +EDI: RMSC.COM Jan 13 2018 01:43:00      Syncb/lowes,    Po Box 965005,    Orlando, FL 32896-5005
13991528        +EDI: WTRRNBANK.COM Jan 13 2018 01:43:00      Td Bank Usa/targetcred,    Po Box 673,
                  Minneapolis, MN 55440-0673
13991529        +EDI: CITICORP.COM Jan 13 2018 01:43:00      Thd/cbna,    Po Box 6497,
                  Sioux Falls, SD 57117-6497
                                                                                               TOTAL: 12

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 14, 2018                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 11, 2018 at the address(es) listed below:
```
          JOSEPH L QUINN    on behalf of Debtor Milton Waverly Jefferson CourtNotices@sjr-law.com
          MATTEO SAMUEL WEINER    on behalf of Creditor   Quicken Loans Inc. bkgroup@kmllawgroup.com
          TERRY P. DERSHAW    td@ix.netcom.com, PA66@ecfcbis.com;7trustee@gmail.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                               TOTAL: 4
```

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Milton Waverly Jefferson** | Social Security number or ITIN **xxx−xx−1276** |
| | First Name   Middle Name   Last Name | EIN _ _−_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | _____ | Social Security number or ITIN _ _ _ _ |
| | First Name   Middle Name   Last Name | EIN _ _−_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Eastern District of Pennsylvania** | |
| Case number: | **17−16653−amc** | |

# Order of Discharge                                                                   12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Milton Waverly Jefferson

<u>1/11/18</u>                                                                                         **By the court:**   <u>Ashely M. Chan</u>
                                                                                                                          United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                                                **Order of Discharge**                                                page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**